In the Matter of PIOUS SOCIETY OF ST. PAUL, INC., Respondent, v. MAX M. GOLDHABER, Trustee in Bankruptcy for THOMAS J. HUGHES CONSTRUCTION CO., INC., Appellant.—

Christ, P. J., Rabin, Munder, Martuscello and Latham, JJ., concur.

In the Matter of WOODSIDE ESTATES, INC., Respondent, v. CHARLES W. BARRAUD et al., Constituting the Town Board of the Town of Brookhaven, Appellants.—

Hopkins, Acting P. J., Munder, Martuscello, Kleinfeld and Brennan, JJ., concur.

REGINA MOONEY, Respondent, v. JUANITA TURNER, Doing Business as BABYLON MANOR, et al., Appellants.—

Christ, P. J., Rabin, Munder, Martuscello and Latham, JJ., concur.